UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANN MILLER, MARY MILLER,

               Plaintiffs,

  - against -

KATHLEEN A. RICE, ANNE DONNELLY,
D.J. ROSENBAUM, RICK WHELAN,
ANTHONY ROBANDO, WILLIAM WALSH,
and WILLIAM NAPOLITANO,

               Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV-14-2928 (JS)(WDW)

     A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on July 28, 2014, *sua sponte* dismissing Plaintiffs' Complaint with prejudice, denying *in forma pauperis* for the purpose of any appeal, and directing the Clerk of Court to close this case, it is

     **ORDERED AND ADJUDGED** that Plaintiffs' Complaint is *sua sponte* dismissed with prejudice; that *in forma pauperis* is denied for the purpose of any appeal; and that this case is hereby closed.

Dated: Central Islip, New York
       July 30, 2014

                                          DOUGLAS C. PALMER
                                          CLERK OF THE COURT

                          BY:    /s/ CATHERINE VUKOVICH
                                          DEPUTY CLERK